# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

Case No. __08-80058-CR.__   Date: __March 13, 2009__
(Start Time: __10:30 a.m.__)   (End Time: __11:45 a.m.__)

Courtroom Deputy: James E. Caldwell   Court reporter: Pauline Stipes

Language Spoken: __English__   Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. __Russell Waddell__

AUSA: __Nancy Vorpe Quinlan__   DEFENSE COUNSEL: __Valentino Rodriguez, Jr.__

TYPE OF HEARING: __Sentencing hearing.__

RESULTS OF HEARING: __After an inquiry, the defendant was sentenced to imprisonment for 144 months; Supervised Release for 3 years; and a $200.00 Special Assessment.__

Misc.: ____