Russell Waddell
Reg# 73127-004
F.C.I. Englewood
9595 West Quincy Avenue
Littleton, Colorado 80123

All Rights Reserved
Without Prejudice



### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> ) <br> Vs. ) <br> ) <br> ) <br> RUSSELL WADDELL, ) <br> Defendant. ) <br> _____ ) | Case No. 9:08CR80058-003 <br><br> MOTION TO REDUCE <br> SENTENCE PURSUANT TO <br> 18 U.S.C. § 3582(c)(2) |

**COMES NOW**, RUSSELL WADDELL, hereinafter "Petitioner," proceeding in pro se, moves this Honorable Court to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). Petitioner bases this motion on Amendment 782 to the United States Sentencing guidelines (U.S.S.G.), which became retroactively applicable to Petitioner's sentence on November 1, 2014.

### MEMORANDUM OF POINTS AND AUTHORITIES

Petitioner moves this Court to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2); Amendment 782, and the Amendment's retroactive application to the United States Sentencing Guidelines. Pursuant to 18 U.S.C. § 3582(c)(2), a sentencing court may reduce a defendant's sentence where the sentence was "based on sentencing range that has subsequently been lowered by the Sentencing Commission," and where the amendment applies retroactively. 18 U.S.C. § 3582(c)(2); See also U.S.S.G. § 1B1.10 (2013).

Petitioner was sentenced to a term of imprisonment that was based on a Guideline calculation for the possession of 30,000 Oxycodone pills, which

equated into 900 grams of Oxycodone. Using the U.S.S.G. Equivalency Table (1 gram of Oxycodone = 6,700 grams of Marijuana), Petitioner's Base Offense Level was determined to be a level 34, for the possession of at least 3,000 KG, but less than 10,000 kilograms of Marijuana. The corresponding sentencing range (including adjustments), with Petitioner's calculated Criminal History, was 135 - 168 months. Petitioner was sentenced to 144 months of imprisonment based on this sentencing calculation.

It is undisputable that Petitioner is eligible for a reduction in sentence in light of the retroactive application of Amendment 782, which lowered ALL Drug Quantity Tables by two (2) levels. This Amendment lowered Petitioner's "applicable guideline range" from 135 - 168 months (Offense Level 34, minus 3 points for Acceptance of Responsibility, at a Criminal History category 3) to 108 - 135 months (Base Offense 32, minus 3 points for Acceptance of Responsibility, at a Criminal History category 3). See § 1B1.10, comment. (n.1(A)(defining applicable guideline range as the range that corresponds to the offense level and criminal history category)).

## RELEVANT FACTS

On March 13, 2009, Petitioner pleaded guilty to Counts 1 and 2 of the Superseding Indictment. Count 1 charged Petitioner with Possession with Intent to Distribute Oxycodone, in violation of 21 U.S.C. § 841(a)(1). Petitioner's Pre-Sentence Report (PSR) calculated a Base Offense Level based on the following analysis:

> PSR Paragraph (39): "30,000 Oxycodone pills (30 mg per pill equals 900,000 milligrams) 900 grams. Equivalency Table, one gram of Oxycodone equals 6,700 g of Marijuana (900 g X 6,700 g = 6,030,000 g / 1000 = 6,030 kilograms of Marijuana;"

      PSR Paragraph (51): "Adjusted Offense Level for Group One" 34, Units (1);

      PSR Paragraph (52): "Adjusted Offense Level for Group Two" 14, Units (0);

      PSR Paragraph (53): "Total Number of Units" 1;

      PSR Paragraph (54): "Greater Adjusted Offense Level" 34;

      PSR Paragraph (55): "Increase in Offense Level" 0;

      PSR Paragraph (56): "Combined Adjusted Offense Level" 34;

      PSR Paragraph (58): "Acceptance of Responsibility" -2;

      PSR Paragraph (59): "3E1.(B) Guilty Plea" -1;

      PSR Paragraph (60) "Total Offense Level" 31.

This sentencing calculation, along with Petitioner's criminal history scoring of three (3), corresponded with a sentencing range of 135 - 168 months on imprisonment. Under Amendment 782 to the U.S.S.G., using the same formula, Petitioner's new corresponding sentencing range is 108-135 months.

## CONCLUSION

According to the retroactive application of Amendment 782 to the U.S.S.G., Petitioner's new Offense Level is 29. Petitioner's humbly requests this Honorable Court to reduce his sentence to a term of 108 - 135 months, which would correspond to Petitioner's new offense level calculations.

Petitioner is aware that this Court is not to consider any additional factors, outside the factors set forth in section 3553(a) that were applicable during the time of sentencing, when resentencing a defendant under a § 3582 motion.

Petitioner is not requesting the Court to ignore the law. Instead,

Petitioner feels a moral obligation to inform the Court that he has fully complied with the Court's sentencing Order, paying all of his financial obligations and completing the 40 hour Drug Education class. Petitioner has also completed numerous Release Preparation Programming course, building a solid foundation in his life to become a productive Citizen upon release, all while being diagnosed with the incurable disease Multiple Sclerosis.

Given the seriousness of this illness, it has been an emotional eye opener for Petitioner, and has helped him understand just how precious life is. Unfortunately, there isn't any support groups, or that type of therapy here. But Petitioner is in contact with an organization (Shared Solutions), who will help provide him with his injections once he is released from prison. They also have several support groups throughout the Country that will help educate Petitioner on this disease, and what the long term effects are of MS.

## DECLARATION

I, RUSSELL WADDELL, declare under the penalty of perjury, that the forgoing is true and correct to the best of my knowledge pursuant to 28 U.S.C. § 1746.

Date: 12-11-14

RUSSELL WADDELL



H. Rai Kakkar, M.D.
Lowry Neurology Associates, PC

Office 303-750-8988
Fax 303-750-8979

# Summary of Today's Visit
Waddell, Russell   DOB:06/17/1987
Account No 17648
Gender:Male
Race:Unreported/Refused to Report
Ethnicity:Refused to Report
Preferred Language:English
08/19/2014 visit with H. Rai Kakkar, MD

## Allergies
- Penicillin G Benzathine (Active)

*73127-004   Waddell, R.*
*Ect 2*

## Medication List
- Start Copaxone : 40 MG/ML as directed Subcutaneous 3 times a week, 30 days

## Tests Ordered/Performed Today
Labs
- Sedimentation Rate-Westergren on 08/19/2014
- ANA Comprehensive Panel on 08/19/2014
- Lupus Anticoagulant Comp on 08/19/2014
- ANCA PANEL on 08/19/2014
- Rheumatoid Arthritis Factor on 08/19/2014
- Lyme IgG/IgM Ab on 08/19/2014
- RPR on 08/19/2014
- HIV on 08/19/2014
- Oligoclonal Banding on 08/19/2014

Procedures
- LUMBAR PUNCTURE on 08/19/2014

## Smoking Status
- former smoker

Summary of Today's Visit for - Waddell, Russell   DOB:06/17/1987 Account No: 17648
Lowry Neurology Associates Pc   495 Uinta Way   Denver, CO 802307198   303-750-8988
Summary generated by eClinicalWorks (www.eclinicalworks.com)
This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.

73127-004
Foley

**Order Form for**
H. Rai Kakkar, MD (**NPI:**1205896651)
**Provider Code:**

**Lowry Neurology Associates Pc**

495 Uinta Way, Ste 130
Denver, CO, 802307198
Tel: 303-750-8988  Fax: 303-750-8979

Neurology

**Patient:** Waddell, Russell
**DOB:** 06/17/1987  **Sex:** Male  **Phone:** 904-404-8528
**Address:** Englewood FCI, US

**Order Date:** 08/19/2014 09:30 AM
**Today:** 08/19/2014 09:42 AM

**Primary Insurance Name:** Englewood FCI
**Insurance Address:** 9595 West Quincy Ave , Littleton , CO , 80123
**Subscriber Number:** 73127-004
**Insured Name:** Waddell, Russell  **Address:** Englewood FCI, US

**LABS:**

| Code | TestName | Fasting | Assessment(s) | Notes | Instructions |
|---|---|---|---|---|---|
|  | ANCA PANEL | N | 340, Multiple sclerosis |  |  |
|  | Lyme IgG/IgM Ab | N | 340, Multiple sclerosis |  |  |
|  | ANA Comprehensive Panel | N | 340, Multiple sclerosis |  |  |
|  | Sedimentation Rate-Westergren | N | 340, Multiple sclerosis |  |  |
|  | HIV | N | 340, Multiple sclerosis |  |  |
|  | RPR | N | 340, Multiple sclerosis |  |  |
|  | Lupus Anticoagulant Comp | N | 340, Multiple sclerosis |  |  |
|  | Oligoclonal Banding | N | 340, Multiple sclerosis | on CSF / IgG Synthesis |  |
|  | Rheumatoid Arthritis Factor | N | 340, Multiple sclerosis |  |  |

Routine CSF —
+ oligonal Bands
+ IgG Synthesis  <— MS Panel.

Cell Count
Glucose.
Protein
RPR
+

Electronically Signed By: **H. Rai Kakkar, MD**

Signature of Patient/Guardian

Patient: Waddell, Russell  DOB: 06/17/1987

```
ENGF5             *        INMATE EDUCATION DATA        *      12-04-2014
PAGE 001          *              TRANSCRIPT             *        17:43:15

REGISTER NO: 73127-004    NAME..: WADDELL              FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: ENG-ENGLEWOOD FCI


------------------------   EDUCATION INFORMATION   --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME  STOP DATE/TIME
ENG  ESL HAS    ENGLISH PROFICIENT       09-25-2009 0811  CURRENT
ENG  GED HAS    COMPLETED GED OR HS DIPLOMA  09-25-2009 0811  CURRENT


--------------------------   EDUCATION COURSES   ----------------------------
SUB-FACL   DESCRIPTION                  START DATE   STOP DATE   EVNT AC LV  HRS
ENG        RPP HISTORY: BAND OF BROTHERS 04-10-2014  06-26-2014   P   C  P   24
ENG        RPP: FAMILY REUNIFICATION     06-10-2014  06-12-2014   P   C  P   10
ENG        RPP CAREER CENTER SELF PACED  04-30-2014  05-06-2014   P   C  P   20
ENG        RPP: TECH 101 FOR EX-OFFENDERS 04-29-2014 04-29-2014   P   C  P    5
ENG        RPP RC RESUME PREP            04-30-2014  05-02-2014   P   C  P   10
ENG        RPP LIVING SKILLS             04-30-2014  04-30-2014   P   C  P    5
ENG        RPP 21ST MONEY MANAGEMENT     04-28-2014  05-02-2014   P   C  P   20
COL        INTERMEDIATE CIRCUIT TRAINING 06-25-2013  08-07-2013   P   C  P    4
WIL        VOCABULARY BUILDER            02-01-2011  05-23-2011   P   C  P    5


G0002      MORE PAGES TO FOLLOW . . .
```

```
ENGF5              *       INMATE EDUCATION DATA       *    12-04-2014
PAGE 002 OF 002    *            TRANSCRIPT             *    17:43:15

REGISTER NO: 73127-004    NAME..: WADDELL              FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: ENG-ENGLEWOOD FCI
```

-------------------------------- EDUCATION COURSES -----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| WIL | SELF STUDY US HISTORY | 02-01-2011 | 05-23-2011 | P | C | P | 5 |
| WIL | FCI CDL PREP CLASS | 10-05-2009 | 12-29-2009 | P | C | P | 20 |
| WIL | INTRO TO RESIDENTIAL COAST CON | 11-02-2009 | 11-12-2009 | P | C | P | 10 |
| WIL | RPP #6 DRUG EDUCATION | 09-10-2009 | 11-09-2009 | P | C | P | 14 |
| WIL | RPP #1 HIV/AIDS AWARENESS | 07-10-2009 | 07-10-2009 | P | C | P | 1 |

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED





Clerk of the Court
Paul G. Rogers Federal Building and United States Courthouse
701 Clematis Street, Room 402
West Palm Beach, Florida 33401

sell B. Waddell
No. 73127-004
eral Correctional Institution Englewood
5 West Quincy Avenue
:leton, Colorado 80123